# EXHIBIT E

*orig- given to WJC-NY 4/24/13*



## GREENBRIER GARDEN APARTMENTS RENTAL FEE

DATE: February 20, 2013

BILL: Greenbrier Garden Apartments

    P.O. Box 502

    Oyster Bay, New York 11771

PAYABLE TO: Dorothy Figurowski

    311-2 Robinson Avenue

    East Patchogue, New York 11772

TOTAL AMOUNT DUE: $ 400.00

APARTMENT/S RENTED: 301-4  1B  $200.00

                      317-4  1B  $200.00

*# 3624  3/12/13  $534.26*