# EXHIBIT L

272.33
242.42



## Current Invoice Details

| Mail Payments to: | LOWE'S<br>P.O. BOX 530954<br>ATLANTA, GA 30353-0954 | | |
|---|---|---|---|
| GREENBRIER GARDEN APTS<br>Account:<br>Store/City: 2731 EAST PATCHOGUE<br>Buyer: FIGUROWSKI ROGER | | Date of Sale: 04/12/10<br>Invoice: 914170<br>P O. / JOB | |

| S.K.U. | DESCRIPTION | QUANTITY | UNIT | PRICE | EXT. PRICE |
|---|---|---|---|---|---|
| 000000000248006 | 30"X15" WH WC WDGT CODE G | 2.00 | EA | 91.84 | 183.68 |
| 000000000248010 | 36"X15" WH WC WDGT CODE H | 1.00 | EA | 96.00 | 96.00 |
| 000000000280272 | 36"X12" WALL WH WDGT CODE | 2.00 | EA | 94.00 | 188.00 |
| 000000000098761 | 12 OZ SUNRISE RED STOPS R | 1.00 | EA | 4.24 | 4.24 |
| 000000000064838 | ENERGIZER MAX AA 20 PACK | 1.00 | EA | 9.97 | 9.97 |
| 000000000280281 | 30"X12" WALL WH WDGT CODE | 3.00 | EA | 90.00 | 270.00 |
| 000000000280281 | 30"X12" WALL WH WDGT CODE | 1.00 | EA | 90.00 | 90.00 |
| 000000000006513 | 28" STRUCTURAL FOAM TOOL | 1.00 | EA | 29.98 | 29.98 |
| 000000000163236 | CLOSETMAID WHITE 9 CUBE O | 1.00 | EA | 39.00 | 39.00 |
| 000000000307515 | 5'X7' COMMERCIAL RUG ASST | 1.00 | EA | 19.98 | 19.98 |
| 000000000186712 | 4 PACK PUFFS FACIAL TISSU | 1.00 | EA | 5.27 | 5.27 |
| 000000000118370 | 5-HOOK WHITE ARCHITECTUAL | 1.00 | EA | 28.98 | 28.98 |
| 000000000033530 | 12X12 CORK TILES PLAIN | 2.00 | EA | 6.22 | 12.44 |
| 000000000020951 | CAP RACK SYSTEM | 1.00 | EA | 19.88 | 19.88 |
| 000000000300785 | SS BISTRO VALANCE | 2.00 | EA | 13.97 | 27.94 |
| 000000000154359 | CLSMD PASTEL BLUE FABRIC | 1.00 | EA | 6.88 | 6.88 |
| 000000000163278 | CLOSETMAID GREEN FABRIC D | 1.00 | EA | 6.88 | 6.88 |
| 000000000117400 | CLOSETMAID YELLOW FABRIC | 1.00 | EA | 6.88 | 6.88 |
| 000000000148646 | CLOSETMAID FUSHIA FABRIC | 2.00 | EA | 6.88 | 13.76 |
| 000000000026836 | DIVERTER VALVE CHROME | 1.00 | EA | 19.98 | 19.98 |
| 000000000110001 | RBMD CLEAR WHEELED UNDERB | 6.00 | EA | 14.97 | 89.82 |
| 000000000318827 | RBMD BLUE ICE WEEKENDER P | 1.00 | EA | 1.97 | 1.97 |
| 000000000319365 | 22 CAN EXPANDABLE COOLER | 1.00 | EA | 16.98 | 16.98 |
| 000000000118395 | IGLOO 37 CAN BLUE ROLLING | 1.00 | EA | 27.97 | 27.97 |

Subtotal: 1,216.48    Tax: 104.92    Balance Due: 1,321.40

| Mail Payments to: | LOWE'S<br>P.O. BOX 530954<br>ATLANTA, GA 30353-0954 | | |
|---|---|---|---|
| GREENBRIER GARDEN APTS<br>Account:<br>Store/City: 1189 MEDFORD NY<br>Buyer: THEK ROBERT | | Date of Sale 04/20/10<br>Invoice: 923762<br>P O / JOB | |

| S.K.U. | DESCRIPTION | QUANTITY | UNIT | PRICE | EXT. PRICE |
|---|---|---|---|---|---|
| 000000000093204 | 1.5 GAL ROSE BUD & BLOOM | 5.00 | EA | 9.98 | 49.90 |
| 000000000041972 | DAMP RID REFILL | 3.00 | EA | 3.79 | 11.37 |
| 000000000056363 | 6 X 3 -3/8 SCREW HOOK | 1.00 | PC | 4.97 | 4.97 |

-Continue-

309.76

**LOWE'S**
Commercial
SERVICES

Account:     Statement Date: 06/02/10  Page: 3 of 3

## Current Invoice Details

| Mail Payments to | LOWE'S<br>P.O. BOX 530954<br>ATLANTA, GA 30353-0954 | |
|---|---|---|
| GREENBRIER GARDEN APTS<br>Account: ████████<br>Store/City: 1624 GARDEN CITY<br>Buyer: THEK ROBERT | Date of Sale 05/23/10<br>Invoice: 922871<br>P.O./JOB: | |

| S.K.U. | DESCRIPTION | QUANTITY | UNIT | PRICE | EXT. PRICE |
|---|---|---|---|---|---|
| 000000000113637 | 6' ANTIQUE STEEL CITRONEL | 4.00 | PC | 9.47 | 37.88 |
| 000000000147935 | HERON STATUE | 1.00 | EA | 34.98 | 34.98 |
| 000000000099547 | 12 OZ GLOSS WHITE STOPS R | 1.00 | EA | 4.24 | 4.24 |
| 000000000297898 | 1 25 GAL HERB/VEG PATIO ( | 1.00 | EA | 9.98 | 9.98 |
| 000000000203809 | 1.0 PT HERB/VEGTBL PEAT ( | 1.00 | EA | 2.78 | 2.78 |
| 000000000197502 | 1 0 QT HERB/VGTBL PEAT (B | 1.00 | EA | 3.48 | 3.48 |
| 000000000197465 | 4 OZ HERB/VEGETABLE PEAT | 1.00 | EA | 1.18 | 1.18 |

Subtotal: 94.52    Tax: 8.15    Balance Due 102.67

| Mail Payments to: | LOWE'S<br>P.O. BOX 530954<br>ATLANTA, GA 30353-0954 | |
|---|---|---|
| GREENBRIER GARDEN APTS<br>Account ████████<br>Store/City 2731 EAST PATCHOGUE<br>Buyer: FIGUROWSKI ROGER | Date of Sale: 05/28/10<br>Invoice: 910523<br>P.O./JOB: | |

| S.K.U. | DESCRIPTION | QUANTITY | UNIT | PRICE | EXT. PRICE |
|---|---|---|---|---|---|
| 000000000215819 | 24" X 33" 3 DRAWER BASE C | 1.00 | EA | 116.00 | 116.00 |
| 000000000163294 | CLOSETMAID RED FABRIC DRA ✓ | 1.00 | EA | 6.88 | 6.88 |
| 000000000148773 | CLSMD ROYAL BLUE FABRIC D ✓ | 1.00 | EA | 6.88 | 6.88 |
| 000000000320854 | 30"X48" JAZZY PINK | 1.00 | EA | 19.98 | 19.98 |
| 000000000248006 | 30"X15" WH WC WDGT CODE G | 2.00 | EA | 91.84 | 183.68 |
| 000000000248010 | 36"X15" WH WC WDGT CODE H | 1.00 | EA | 97.85 | 97.85 |
| 000000000280281 | 30"X12" WALL WH WDGT CODE | 4.00 | EA | 90.00 | 360.00 |
| 000000000173460 | 24" X 71" VERSA CABINET ✓ | 2.00 | EA | 148.00 | 296.00 |

Subtotal: 1,087.27    Tax: 93.78    Balance Due 1,181.05

5379 0067  001  07  PAGE 3 of 3  COLR543A  13735

406

Lowe's Accounts Receivables      Fax Invoices Report        Date: 11-JUN-14
Currency: US $                                              Page: 31 Of 48
Company:  GREENBRIER GARDEN APTS
To:       LOWES
Fax:      (866)743-0191                          *200.20*
From:     LOWES
Phone:    ()-                                    *170.20*

Cust Agree #:   0000000000

| SKU | Description | Quantity | Unit | Price | Ext.Price |
|---|---|---|---|---|---|
| 00000000002378 | 8 OUTLET 4320M SATELLITE | 1 | EA | 34.97 | 34.97 |
| 00000000007880 | GAIN ULTRA ORIGINAL FRESH | 1 | EA | 2.47 | 2.47 |
| 00000000046825 | 1-1/2 BRANCH TLPC DC PL 2 | 2 | EA | 12.01 | 24.02 |
| 00000000046826 | 1-1/2 BRANCH TLPC DC LONG | 1 | EA | 17.26 | 17.26 |
| 00000000047196 | 1-1/2 BRANCH TLPC DC 7/8 | 1 | EA | 4.13 | 4.13 |
| 00000000050904 | 18CT CHARMIN BG RL BATH T | 1 | EA | 11.99 | 11.99 |
| 00000000058707 | WEED B GONE MAX+ CRABGRAS | 1 | EA | 16.47 | 16.47 |
| 00000000061727 | PORTFOLIO 11" BLACK DISCO | 1 | EA | 19.97 | 19.97 |
| 00000000066738 | 8X12 PLASTIC 'KEEP OUT' | 6 | EA | 0.96 | 5.76 |
| 00000000070047 | CELL PHONE HOLDER | 1 | EA | 7.48 | 7.48 |
| 00000000077350 | MAGNUM 44 JUMBO BLACK MAR | 1 | EA | 2.98 | 2.98 |
| 00000000078619 | CANVAS GARMENT RACK COVER | 1 | PC | 25.48 | 25.48 |
| 00000000097416 | HM 10-PACK 8X12" WET PAIN | 1 | EA | 2.97 | 2.97 |
| 00000000101032 | STEEL CHAIN DOOR GUARD W/ | 4 | EA | 0.77 | 3.08 |
| 00000000101246 | 6OUT.1000J SURG.4'CRD.PB | 2 | EA | 11.97 | 23.94 |
| 00000000117761 | 6 1/2" CABLE CUTTER/SHEAR | 1 | EA | 24.97 | 24.97 |
| 00000000133474 | STANLEY 3 IN 1 TRIPOD FLA | 1 | EA | 29.97 | 29.97 |
| 00000000139875 | TF 1 7/8" COMBINATION PAD | 2 | EA | 2.96 | 5.92 |
| 00000000142876 | VOYAGER GEAR DRIVE POP-UP | 2 | EA | 11.96 | 23.92 |
| 00000000144140 | REAMER/PLUGGER SLIME | 1 | EA | 10.47 | 10.47 |
| 00000000163490 | WIRELESS N USB ADAPTER | 1 | EA | 30.00 | 30.00 |
| 00000000166712 | 4 PACK PUFFS FACIAL TISSU | 1 | EA | 4.97 | 4.97 |
| 00000000167442 | OUTLET VALET PRO | 1 | EA | 9.97 | 9.97 |
| 00000000172300 | 1-1/2 BRANCH TLPC DC | 2 | EA | 4.13 | 8.26 |

410

Lowe's Accounts Receivables        Fax Invoices Report        Date: 11-JUN-14
Currency: US $                                                Page: 32 Of 48
Company: GREENBRIER GARDEN APTS
To:      LOWES
Fax:     (866)743-0191
From:    LOWES
Phone:   ()-

| SKU | Description | Quantity | Unit | Price | Ext.Price |
|---|---|---|---|---|---|
| 0000000001957 88 | 5/8 ALI 4-1/2 FIBER DISC 36 G | 2 | EA | 5.98 | 11.96 |
| 0000000001957 11 12 | ALI 7" FIBER DISC 50 GRIT | 1 | EA | 5.98 | 5.98 |
| 0000000001974 37 | MIRRACO CLIPS | 1 | EA | 4.88 | 4.88 |
| 0000000002640 84 | AWP CAMO CELL PHONE HOLDE | 1 | EA | 6.98 | 6.98 |
| 0000000002831 52 | GE SXS REF WATER FILTER M | 1 | EA | 39.88 | 39.88 |
| 0000000002837 29 | 38.1 OZ 60 CT CASCADE ACT | 1 | EA | 11.97 | 11.97 |
| 0000000002865 51 | ATM MINI ASSORTED FUSE KI | 1 | EA | 18.18 | 18.18 |
| 0000000003079 85 | TF 8 " SOFT GRIP SCISSORS | 1 | PC | 1.98 | 1.98 |
| 0000000003160 41 | TF RAZOR BLADE SCRAPER | 2 | PC | 0.98 | 1.96 |
| 0000000003169 98 | 3 OUT DESKTOP USB 1080J | 1 | EA | 19.97 | 19.97 |
| 0000000003188 36 | REMD 2 GAL JUG | 1 | EA | 10.96 | 10.96 |
| 0000000003188 37 | REMD BLUE ICE LUNCH PACK | 3 | EA | 0.97 | 2.91 |
| 0000000003196 91 | SHARPIE FINE 8 CLR SET CA | 1 | EA | 5.99 | 5.99 |
| 0000000003197 05 | ZIPLOC VPK SANDWICH BAGS | 2 | EA | 3.82 | 7.64 |
| 0000000003207 79 | 250W PORTABLE WORK LIGHT, | 1 | EA | 14.98 | 14.98 |
| 0000000003222 66 | HM 10X14 SIGN CAUTION BLA | 2 | EA | 1.48 | 2.96 |
| 0000000003227 45 | RUBBER PATCH KIT | 2 | EA | 1.98 | 3.96 |
| 0000000003238 42 | SLIME SPORT DIGITAL TIRE | 1 | EA | 9.97 | 9.97 |
| 0000000003310 87 | EZ-UP STEP STOOL | 2 | EA | 14.98 | 29.96 |

                                              Subtotal:      564.49

411

| | | |
|---|---|---|
| Lowe's Accounts Receivables | Fax Invoices Report | Date: 11-JUN-14 |
| Currency: US $ | | Page: 33 Of 48 |
| Company: GREENBRIER GARDEN APTS | | |
| To: LOWES | | |
| Fax: (866)743-0191 | | |
| From: LOWES | | |
| Phone: ()- | | |

```
                              Tax:         48.69
                                         --------
                           Total:        613.18
                                         --------
                     Adjustments:          0.00
                Payments Applied:       (613.18)
                                         --------
           Total Amt Outstanding:          0.00
```

412

| | | |
|---|---|---|
| Lowe's Accounts Receivables | Fax Invoices Report | Date: 11-JUN-14 |
| Currency: US $ | | Page: 20 Of 48 |
| Company: GREENBRIER GARDEN APTS | | |
| To:      LOWES | | 277.87 |
| Fax:     (866)743-0191 | | |
| From:    LOWES | | 265.89 |
| Phone:   ()- | | |

Send Inquiries to:                        Send Payments to:
Lowe's HIW Inc./Lowe's Home C             Lowe's Credit Services
P.O. Box 965054                           P. O. Box 530954
Orlando, FL 32896                         Atlanta, GA 30353-0954

Name:       GREENBRIER GARDEN APTS        Invoice Date: 11-AUG-11
Address:    ATTN: WILLIAM J CHRISTIE      Due Date:     20-SEP-11
            145 PINELAWN ROAD             Invoice #:    912092
            MELVILLE      NY   11747      P.O.#/Job Name:
Account #:                                Buyer Name:   FIGUROWSKI ROGER
Store:      2731

424

Copy of Original Invoice

Lowe's Accounts Receivables      Fax Invoices Report      Date: 11-JUN-14
Currency: US $                                            Page: 21 Of 48
Company: GREENBRIER GARDEN APTS
To:      LOWES
Fax:     (866)743-0191
From:    LOWES
Phone:   ()-

Cust Agree #:   0000000000

| SKU | Description | Quantity | Unit | Price | Ext.Price |
|---|---|---|---|---|---|
| 000000000012913 | STYLE SELECTIONS 9 IN. BL | 1 | EA | 5.97 | 5.97 |
| 000000000017455 | SS SPARKLE HOLDBACK | 1 | EA | 17.97 | 17.97 |
| 000000000027978 | OSI 40W G25 DBL LFE WHT G | 4 | EA | 4.98 | 19.92 |
| 000000000050219 | 24"X36" SPA NYLON ASSORTM | 1 | EA | 19.98 | 19.98 |
| 000000000061389 | PB HALL/CLOSET TYLO | 2 | EA | 8.47 | 16.94 |
| 000000000061390 | PB BED/BATH TYLO | 2 | EA | 8.97 | 17.94 |
| 000000000062894 | CUISINART GOLD FILTERS CO | 1 | EA | 9.99 | 9.99 |
| 000000000071236 | 5-TIER WHITE WIRE SHELVIN | 1 | EA | 79.97 | 79.97 |
| 000000000071662 | BB SPORT LIP BALM SPF 50 | 1 | EA | 1.78 | 1.78 |
| 000000000089305 | 36"X25' F/G CHAR 20X20 ME | 1 | EA | 22.55 | 22.55 |
| 000000000098646 | RENUZIT ADJUSTABLES 2PK - | 3 | EA | 1.97 | 5.91 |
| 000000000106055 | IGLOO 14 CAN PINK COOLER | 1 | EA | 16.98 | 16.98 |
| 000000000106834 | 2PK RENUZIT ADJST AIR FRS | 2 | UN | 1.97 | 3.94 |
| 000000000123099 | (46067)GE WATER FILTER MW | 1 | EA | 34.88 | 34.88 |
| 000000000193840 | 40W B10 DL MED BASE 6PK | 5 | EA | 5.98 | 29.90 |
| 000000000214964 | 14" TEAL 600D TAPERED TOT | 2 | EA | 14.98 | 29.96 |
| 000000000232294 | 5-HOUR ENERGY - 2OZ SHOT | 2 | EA | 2.68 | 5.36 |
| 000000000238895 | STANELY SORTMASTER ORGANI | 1 | EA | 9.97 | 9.97 |
| 000000000243388 | UMBRA 6" BRNX GRASP PTOWE | 1 | EA | 14.99 | 14.99 |
| 000000000245580 | WHITE SILVERWARE TRAY | 1 | EA | 9.58 | 9.58 |
| 000000000245588 | 10" TWIN TURN TABLE | 1 | EA | 12.54 | 12.54 |
| 000000000306081 | 8" CRIMPED CAP  (SDX) (31 | 1 | EA | 4.93 | 4.93 |
| 000000000306081 | 8" CRIMPED CAP  (SDX) (31 | 1 | EA | 4.93 | 4.93 |
| 0000000003188 | RBMD BLUE ICE LUNCH | 2 | EA | 0.97 | 1.94 |

425

Lowe's Accounts Receivables        Fax Invoices Report        Date: 11-JUN-14
Currency: US $                                                Page: 22 Of 48
Company:  GREENBRIER GARDEN APTS
To:       LOWES
Fax:      (866)743-0191
From:     LOWES
Phone:    ()-

| SKU | Description | Quantity | Unit | Price | Ext.Price |
|---|---|---|---|---|---|
| 37 | PACK | | | | |
| 000000000319705 | ZIPLOC VPK SANDWICH BAGS | 2 | EA | 3.82 | 7.64 |
| 000000000322745 | RUBBER PATCH KIT | 1 | EA | 1.98 | 1.98 |
| 000000000327117 | A+R 84" SAND BELLEVILLE P | 2 | EA | 24.97 | 49.94 |
| 000000000329647 | SS 84" PEACE DUDE MULTI P | 2 | EA | 14.97 | 29.94 |
| 000000000334052 | 5OZ BUBBA KEG | 1 | EA | 9.98 | 9.98 |
| 000000000349216 | SS 28-48" PEACE DRAPERY R | 1 | EA | 19.97 | 19.97 |
| 000000000353009 | 14" BLACK 600D TAPERED TO | 4 | EA | 14.98 | 59.92 |
| 000000000353634 | 14" CIRCLE TAPERED TOTE | 1 | EA | 11.98 | 11.98 |

                                                Subtotal:    590.17

                                                Tax:          50.90
                                                Total:       641.07
                                          Adjustments:        0.00
                                      Payments Applied:    (641.07)
                                Total Amt Outstanding:       0.00

426

Lowe's Accounts Receivables      Fax Invoices Report      Date: 11-JUN-14
Currency: US $                                            Page: 13 Of 48
Company: GREENBRIER GARDEN APTS
To:      LOWES
Fax:     (866)743-0191                      214.97
From:    LOWES
Phone:   ()-

Send Inquiries to:              Send Payments to:
Lowe's HIW Inc./Lowe's Home C   Lowe's Credit Services
P.O. Box 965054                 P. O. Box 530954
Orlando, FL 32896               Atlanta, GA 30353-0954

Name:      GREENBRIER GARDEN APTS       Invoice Date:  09-NOV-11
Address:   ATTN: WILLIAM J CHRISTIE     Due Date:      20-DEC-11
           145 PINELAWN ROAD            Invoice #:     911283
           MELVILLE      NY   11747     P.O.#/Job Name:
Account #:                              Buyer Name:    FIGUROWSKI ROGER
Store:     2731

434

Lowe's Accounts Receivables        Fax Invoices Report           Date: 11-JUN-14
Currency: US $                                                   Page: 14 Of 48
Company: GREENBRIER GARDEN APTS
To:       LOWES
Fax:      (866)743-0191
From:     LOWES
Phone:    ()-

Cust Agree #:   0000000000

| SKU | Description | Quantity | Unit | Price | Ext.Price |
|---|---|---|---|---|---|
| 00000000000027 62 | TOWEL BAR HOOK BRUSHED NI | 1 | EA | 9.48 | 9.48 |
| 00000000000097 09 | SHOWERHEAD CADDY MESH BAS | 1 | EA | 27.53 | 27.53 |
| 00000000000153 27 | USG PLUS 3 A/P L/W 1 GAL | 2 | EA | 5.40 | 10.80 |
| 00000000000273 91 | (285795)66OZ CLOROX 2 LIQ | 2 | EA | 9.48 | 18.96 |
| 00000000000279 78 | OSI 40W G25 DBL LFE WHT G | 3 | EA | 4.73 | 14.19 |
| 00000000000284 17 | 7.5" ID LINEMAN PLIERS ID | 1 | EA | 9.47 | 9.47 |
| 00000000000294 18 | 72" TENSION ROD OIL RUBBE | 1 | EA | 13.28 | 13.28 |
| 00000000000549 69 | CLOSETMAID BLACK FABRIC D | 2 | EA | 6.53 | 13.06 |
| 00000000000600 70 | MASTER LOCK 1-7/8" COMBIN | 1 | EA | 3.79 | 3.79 |
| 00000000000733 84 | SCHLAGE 5'X1/2" KEY CABLE | 1 | EA | 11.37 | 11.37 |
| 00000000000774 08 | SAGE 24" DBL TOWEL BAR BR | 1 | EA | 37.98 | 37.98 |
| 00000000000977 68 | FORSYTH 3PC KIT ORB | 1 | EA | 38.46 | 38.46 |
| 00000000001386 44 | KC 24" PORTLAND OAK BASE | 1 | EA | 139.65 | 139.65 |
| 00000000001487 73 | CLSMD ROYAL BLUE FABRIC D | 2 | EA | 6.53 | 13.06 |
| 00000000001537 02 | CRISCO FRYING OIL | 1 | EA | 31.32 | 31.32 |
| 00000000001556 70 | PROMOTIONAL DISCOUNT | 1 | EA | 0.00 | 0.00 |
| 00000000001632 94 | CLOSETMAID RED FABRIC DRA | 2 | EA | 6.53 | 13.06 |
| 00000000001731 67 | HINGE EASY ON MULTIPLE OV | 2 | EA | 3.30 | 6.60 |
| 00000000001907 19 | SS THERMAL 40X84" BLCK AG | 2 | EA | 28.47 | 56.94 |
| 00000000002289 16 | P.BRASS NONSPRNG 3/8" INS | 1 | EA | 2.29 | 2.29 |
| 00000000002954 61 | BRITA GRAND PITCHER GREEN | 1 | EA | 25.63 | 25.63 |
| 00000000002974 36 | MOEN MANOR 1H CH NO SPRAY | 1 | EA | 58.90 | 58.90 |
| 00000000002997 58 | BRISTOL SOAP DISH ORB | 1 | EA | 11.38 | 11.38 |
| 00000000003104 | 1-3/16" COVERED LOCK | 1 | EA | 13.27 | 13.27 |

435

```
Lowe's Accounts Receivables      Fax Invoices Report       Date: 11-JUN-14
Currency: US $                                              Page: 15 Of 48
Company:  GREENBRIER GARDEN APTS
To:       LOWES
Fax:      (866)743-0191
From:     LOWES
Phone:    ()-
```

| SKU | Description | Quantity | Unit | Price | Ext.Price |
|---|---|---|---|---|---|
| 20 | 4PK | | | | |
| 0000000000319705 | ZIPLOC VPK SANDWICH BAGS | 3 | EA | 3.63 | 10.89 |
| 0000000000322364 | HM 24X36 CORRUGATE WHITE | 1 | EA | 9.48 | 9.48 |
| 0000000000327808 | STACK-ON RED/BLACK STEP N | 1 | EA | 23.49 | 23.49 |
| 0000000000327923 | ALDERCY TOOTHBRUSH HOLDER | 1 | EA | 10.24 | 10.24 |
| 0000000000328038 | RANSFORD TOOTHBRUSH HOLDE | 1 | EA | 11.38 | 11.38 |
| 0000000000333927 | SS 48-84 VINTAGE BRZ SQ U | 1 | EA | 17.08 | 17.08 |
| 0000000000334134 | 8X24 OAK FLAT EDGE SHELF | 1 | EA | 4.73 | 4.73 |
| 0000000000336090 | SS 5/8" DIA 48-84" BLK ES | 1 | EA | 16.12 | 16.12 |
| 0000000000352968 | ZIPLOC 40CT GALLON STORAG | 2 | EA | 4.07 | 8.14 |
| 0000000000353078 | I/O DRP16X16 RSPBRY FRMD | 1 | EA | 5.68 | 5.68 |
| 0000000000362632 | KOBALT 29PC DBL-DRIVE SCR | 1 | EA | 18.98 | 18.98 |
| 0000000000364072 | I/O TWILL APRON - RED | 2 | EA | 12.33 | 24.66 |
| 0000000000373609 | I/O OSTER MYBLEND PERS BL | 1 | EA | 28.49 | 28.49 |

```
                                              Subtotal:       769.83

                                              Tax:             63.70
                                              Total:          833.53

                                       Adjustments:            0.00
                                   Payments Applied:        (833.53)

                               Total Amt Outstanding:          0.00
```

436

Lowe's Accounts Receivables       Fax Invoices Report        Date: 11-JUN-14
Currency: US $                                               Page: 27 Of 48
Company:  GREENBRIER GARDEN APTS
To:       LOWES
Fax:      (866)743-0191                    44.28
From:     LOWES
Phone:    ()-

                  Send Inquiries to:            Send Payments to:
                  Lowe's HIW Inc./Lowe's Home C  Lowe's Credit Services
                  P.O. Box 965054               P. O. Box 530954
                  Orlando, FL 32896             Atlanta, GA 30353-0954

Name:             GREENBRIER GARDEN APTS       Invoice Date:  21-NOV-11
Address:          ATTN: WILLIAM J CHRISTIE     Due Date:      20-DEC-11
                  145 PINELAWN ROAD            Invoice #:     914632
                  MELVILLE      NY   11747     P.O.#/Job Name:
Account #:                                     Buyer Name:    FIGUROWSKI ROGER
Store:            2731

Lowe's Accounts Receivables      Fax Invoices Report      Date: 11-JUN-14
Currency: US $                                            Page: 28 of 48
Company: GREENBRIER GARDEN APTS
To:      LOWES
Fax:     (866)743-0191
From:    LOWES
Phone:   ()-

Cust Agree #:   0000000000

| SKU | Description | Quantity | Unit | Price | Ext.Price |
|---|---|---|---|---|---|
| 000000000001739 | SOLO 55CT 10" PAPER PLATE | 2 | EA | 4.73 | 9.46 |
| 000000000012363 | GTI 4" SCRATCH AWL | 1 | EA | 4.35 | 4.35 |
| 000000000036595 | WARNER PAINTERS PRY BAR | 1 | EA | 9.48 | 9.48 |
| 000000000037117 | 1G 20CU PVC OLD WORK BOX | 1 | EA | 1.65 | 1.65 |
| 000000000040718 | 8# U GROUT - BRIGHT WHITE | 1 | EA | 9.48 | 9.48 |
| 000000000043747 | 1/2X6 EYE BOLT GALV | 1 | EA | 5.49 | 5.49 |
| 000000000055612 | 24X48 CEILING PANEL RND. | 1 | CT | 32.72 | 32.72 |
| 000000000060653 | WALL MOLDING 12'X7/8" WHT | 4 | EA | 4.30 | 17.20 |
| 000000000070975 | 2G 25CI PVC OLD WORK BOX | 2 | EA | 2.41 | 4.82 |
| 000000000070990 | 1 GANG 14 CI PVC OLD WORK | 1 | EA | 0.93 | 0.93 |
| 000000000073938 | SILICONE BASTING BRUSH SE | 1 | EA | 3.79 | 3.79 |
| 000000000111973 | NAIL DRYWALL BRT RS1#13/8 | 1 | EA | 3.74 | 3.74 |
| 000000000155670 | PROMOTIONAL DISCOUNT | 1 | EA | 0.00 | 0.00 |
| 000000000156438 | 9" DISPOSABLE ROLLER TRAY | 2 | EA | 1.88 | 3.76 |
| 000000000159189 | RL ORG 54X14" PREM IRONIN | 1 | EA | 32.57 | 32.57 |
| 000000000188530 | PEAK FORM GRID 12' MAINBE | 1 | EA | 5.54 | 5.54 |
| 000000000190502 | WHITE STAPLE FOR RG59,RG6 | 1 | PK | 9.28 | 9.28 |
| 000000000228135 | PORCELAIN WHITE 1.25"KNOB | 4 | EA | 1.64 | 6.56 |
| 000000000247159 | BUTTERBALL TURKEY CARVING | 1 | EA | 7.59 | 7.59 |
| 000000000303120 | COAX WALL PLATES WHT 2PK | 2 | EA | 8.40 | 16.80 |
| 000000000305809 | 4" FRAME W/COVER WOOSTER | 2 | EA | 6.63 | 13.26 |
| 000000000313581 | UNDERSINK DRIP TRAY | 2 | EA | 3.56 | 7.12 |
| 000000000319703 | ZIPLOC 3CT TWIST-N-LOC CO | 1 | EA | 3.78 | 3.78 |
| 000000000319703 | ZIPLOC CONTAINER | 1 | EA | 5.00 | 5.00 |

450

| | | | | | |
|---|---|---|---|---|---|
| Lowe's Accounts Receivables | | Fax Invoices Report | | Date: 11-JUN-14 | |
| Currency: US $ | | | | Page: 29 Of 48 | |
| Company: GREENBRIER GARDEN APTS | | | | | |
| To: LOWES | | | | | |
| Fax: (866)743-0191 | | | | | |
| From: LOWES | | | | | |
| Phone: ()- | | | | | |

| SKU | Description | Quantity | Unit | Price | Ext.Price |
|---|---|---|---|---|---|
| 5600000000356824 | VARIETY GL OLY ONE INT S/G EML TR | 1 | EA | 25.12 | 25.12 |
| 0000000000356824 | GL OLY ONE INT S/G EML TR | 1 | EA | 25.12 | 25.12 |
| 0000000000360962 | 3" ANGLED HAND SCRAPER | 1 | EA | 9.11 | 9.11 |
| 0000000000361980 | FIRE & FLAVOR TURKEY BRIN | 1 | EA | 6.64 | 6.64 |
| 0000000000362359 | 25PC MULTI PURPOSE TOOL G | 1 | SE | 23.73 | 23.73 |
| 0000000000363590 | I/O KA S3 MIXING BOWLS-RE | 1 | PC | 20.59 | 20.59 |
| | | | | Subtotal: | 324.68 |
| | | | | Tax: | 27.99 |
| | | | | Total: | 352.67 |
| | | | | Adjustments: | 0.00 |
| | | | | Payments Applied: | (352.67) |
| | | | | Total Amt Outstanding: | 0.00 |

451